# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDALL STURDIVANT

NO. 2020 KW 0317

**JUNE 19, 2020**

---

In Re:    Randall Sturdivant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-14-0162.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's office reflect the district court denied relator's "Notice or Motion to Appeal Conviction and Sentence," "Motion to Act as Co-counsel," and "Motion for Production of Boykin/Sentencing Transcript Bill of Information and All Minute Entries" on March 3, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.